# UNITED STATES DISTRICT COURT
## District of Minnesota

Robert Brooks Hoel,

Plaintiff(s),

v.

Wright County,

Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00180-LMP-LIB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Hoel's Complaint (ECF No. 1) is DISMISSED WITHOUT PREJUDICE for failure to state a claim;

2. Hoel's IFP Application, (ECF No. 2), is DENIED AS MOOT.

Date: 1/22/2026

KATE M. FOGARTY, CLERK